# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

April Smoker,

                Plaintiff,                              19 **CIVIL** 1539 (AT) (JLC)

      -against-                                     **JUDGMENT**

Commissioner of Social Security,
                Defendant.

-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons set forth in the Court's Order dated May 26, 2020, having received no objections to the Report and Recommendation (the "R&R"), ECF No. 23, of the Honorable James L. Cott, the Court reviewed the R&R for clear error, and found none. The Court, therefore, ADOPTS the R&R in its entirety. Accordingly, Plaintiff's motion for judgment on the pleadings is GRANTED, the Commissioner's cross-motion is DENIED, and the case is REMANDED to the Administrative Law Judge ("ALJ") pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the ALJ should:

1. Specify, upon further development of the record, what weight he assigns to treating psychiatrist Galina Bass, M.D.'s opinions and provide a comprehensive analysis for the reasons he has assigned this particular weight, if deemed less-than-controlling;

2. Revisit the vocational expert's testimony, as necessary, in light of all relevant medical and other evidence made part of the record on remand;

3. Further develop the record by soliciting treatment records from David Goldberg, L.M.S.W., in order to fully assess Plaintiff's mental functional limitations;

4. Reevaluate Plaintiff's credibility in light of all the relevant medical and other evidence; and

5. Clarify Plaintiff's alleged onset date; accordingly, the case is closed.

**Dated:** New York, New York
      May 26, 2020

                                            **RUBY J. KRAJICK**
                                            _____
                                            **Clerk of Court**
**BY:** _____
                                            **Deputy Clerk**